November 2, 1979.

423 A.2d 1318

Commonwealth v. Bowman, Appellant.

Submitted March 23, 1979. Jeffrey G. Velander,

---

* President Judge Otto P. Robinson of the Court on Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

Public Defender, for appellant; Ralph A. Matergia, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.